**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                          CASE NO. 3:10-cr-199-J-32MCR

DENNIS GRAY WILLIAMS

_____

### ORDER

This case proceeded to a bench trial before the undersigned on April 18 and 19, 2011, the record of which is incorporated herein by reference. For the reasons stated on the record, it is hereby

**ORDERED:**

1. Defendant's motion for a mistrial is **DENIED**.[1]

2. Ruling on Defendant's <u>ore tenus</u> Rule 29 Motion for Judgment of Acquittal is **RESERVED**.

3. **No later than June 3, 2011**, the government shall file its Proposed Findings of Fact and Conclusions of Law, addressing each of the arguments raised in Defendant's

---

[1] Though the rule of sequestration was violated by three of the government's witnesses, the violation was careless, not intentional. The Court, after questioning the witnesses about their discussions and allowing Defendant's counsel to cross-examine the witnesses regarding the same, is comfortable that Defendant suffered no prejudice as a result. See United States v. Lattimore, 902 F.2d 902, 903-04 (11th Cir. 1990)("The law in this Circuit is settled... that the district court's denial of a mistrial for violation of the sequestration rule is a matter of discretion, and reversible only on a showing of prejudice. . . A district court may treat a violation of the sequestration rule [by] allow[ing] opposing counsel to cross-examine the witnesses as to the nature of the violation.")

Rule 29 Motion. **No later than July 8, 2011**, Defendant shall file its Proposed Findings of Fact and Conclusions of Law in response.

4. After review of the parties' filings, the Court will either schedule oral argument or allow the government to file a brief reply.

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of April, 2011.

---
TIMOTHY J. CORRIGAN
United States District Judge

jmm.
Copies to:

Arnold B. Corsmeier, AUSA
Wade M. Rolle, Esquire